TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00517-CV







In re Israel Ortiz







ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N




By this mandamus application, Ortiz seeks access to the record in cause number 03-97-00175-CR for the purpose of making copies. Ortiz has been informed that the record is available
and advised to contact the state law library to purchase copies. The petition for writ of mandamus
is denied. See Tex. R. App. P. 52.8(a).



 __________________________________________

 Mack Kidd, Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Filed: September 30, 2004